IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) Case No. 10-cv-0775-MJR-SCW ) |
| A&A HAULING, INC. and STEVEN R. PETROFF, | ) ) ) |
| Defendants. | ) |

ORDER REGARDING SETTLEMENT
AND IMPENDING DISMISSAL

REAGAN, District Judge:

Having been advised on January 24, 2011 by Magistrate Judge Williams that the above-captioned action has been settled in its entirety but that additional time is needed to finalize the settlement documents, the undersigned District Judge hereby **DIRECTS** the Clerk of Court, 90 days after this Order is docketed, to ENTER JUDGMENT OF DISMISSAL with prejudice. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents. If the parties fail to finalize the settlement within the 90-day period, they may -- *before that period expires* -- move to postpone entry of judgment to a later date. Due to the settlement, the Court DENIES AS MOOT as pending motions (Docs. 14 & 22) and CANCELS all settings.

IT IS SO ORDERED.

DATED January 24, 2011.

s/ *Michael J. Reagan*
Michael J. Reagan
United States District Judge