# United States District Court
для the
Southern District of Illinois

| | |
|---|---|
| Central Laborers' Pension, Welfare and Annuity Funds, | ) ) ) ) |
| Plaintiff(s) | ) Case Number: 10-cv-0775-MJR |
| v. | ) ) |
| A & A Hauling, Inc., and Steven R. Petroff, | ) ) ) |
| Defendant(s) | ) |

## JUDGMENT IN A CIVIL ACTION

This action was:

☐ tried by a jury with Judge [Judge] presiding, and the jury has rendered a verdict.

☐ tried by Judge [Judge] without a jury, and the above decision was reached.

☒ This cause of action is dismissed with prejudice as a result of the parties settlement. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

☐ other:

Dated: April 28, 2011

NANCY J. ROSENSTENGEL, Clerk

s/ Debbie DeRousse
Deputy Clerk

Approved: [signature]
Michael J. Reagan, U.S. District Judge